JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERMINE AZER, an individual; MACHE BELLINGER, an individual; SANDRA CAMPBELL, an individual; ANITA CHOATE-HARRIS, an individual; TIFFANY CRIDER, an individual; VALERIE DILLON, an individual; KAYLA FORBUS, an individual; CANDACE LADNER, an individual; RANDA LEE, an individual; CYNTHIA POLAK, an individual; KIMBERLY RENDER, an individual; DEBRA SERVATY, an individual; CASSEY TOUCHET, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION, an Indiana corporation; BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation; BAYER HEALTHCARE, LLC, a Delaware limited liability company; BERLEX LABORATORIES INTERNATIONAL, INC., a Delaware corporation; BAYER SCHERING PHARMA AG, a German corporation; | ED<br>Case No. 10-CV-1273-~~VAP (OPx)~~ AHM (RZx)<br><br>Assigned to: Hon. ~~Virginia A. Phillips~~ AHM<br><br>~~[Proposed]~~ **ORDER REMANDING CASE** |

---

| | |
|---|---|
| BAYER AG, a German corporation; | ) |
| SCHERING AG, a German corporation; | ) |
| TEVA PHARMACEUTICAL | ) |
| INDUSTRIES LTD., an Israeli | ) |
| corporation; BARR | ) |
| PHARMACEUTICALS, INC., a Delaware | ) |
| corporation; MCKESSON | ) |
| CORPORATION, a Delaware corporation; | ) |
| and DOES 1-50, | ) |
| Defendants. | ) |

Upon consideration of the parties' stipulation to remand this action, it is hereby ordered that this action is **REMANDED**. Each party shall bear his/her or its own costs and attorneys' fees incurred in connection with the removal and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: SEP 2 2 2010

A. HOWARD MATZ
Hon. ~~Virginia A. Phillips~~
United States District Judge

2

**[PROPOSED] ORDER REMANDING CASE**